# ALABAMA COURT OF CRIMINAL APPEALS



September 5, 2025

**CR-2023-0930**
Jerry Lendon Whitten v. State of Alabama (Appeal from Talladega Circuit Court: CC-16-257.60)

## <u>NOTICE</u>

You are hereby notified that on September 5, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk